# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

|  |  |
|---|---|
| Maria Hernandez, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Williams, Zinman & Parham, P.C.,<br><br>　　　　　Defendant, | **JUDGMENT IN A CIVIL CASE**<br><br>CV 12-0731-PHX-SMM |

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order of March 13, 2014, granting Defendant's Motion for Summary Judgment, judgment is hereby entered for Defendant. Plaintiffs shall take nothing by way of the Complaint. The Complaint and this action are hereby dismissed.


   March   13   2014   　　　　　BRIAN  D.  KARTH
Date　　　　　　　　　　　　　　DCE/Clerk of Court

　　　　　　　　　　　　　　　　 .  s/  Ruth E. Williams
　　　　　　　　　　　　　　　　By　　Ruth E. Williams
　　　　　　　　　　　　　　　　　　　Deputy Clerk